UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| DR. LESLEY WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA d/b/a AUGUSTA UNIVERSITY, AU HEALTH SYSTEM, MEDICAL COLLEGE OF GEORGIA, AUGUSTA UNIVERSITY HOSPITAL; DR. BROOKS KEEL, in his individual capacity; DR. PHILLIP COULE, in his individual capacity; DR. WALTER MOORE, in his individual capacity; DR. STEFFEN MEILER, in his individual capacity; DR. MARY ARTHUR, in her individual capacity; and JOHN DOES.<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. _____ |

## JOINT NOTICE OF REMOVAL OF DEFENDANTS

Defendants Board of Regents of the University System of Georgia, d/b/a Augusta University, Medical College of Georgia,[1] AU Health System, Inc., AU

---

[1] "Augusta University" and "Medical College of Georgia" operate as units of the Board of Regents of the University System of Georgia. Neither is a legal entity capable of suing or being sued.

Medical Center, Inc.,[2] Brooks Keel, Ph.D., Phillip Coule, M.D., Walter Moore M.D., Steffen Meiler, M.D., Mary Arthur, M.D. ("Defendants"), pursuant to 28 U.S.C. §§ 1331 and 1441, *et seq.,* through their undersigned counsel, hereby give joint notice of removal of this civil action from the Superior Court of Richmond County, Georgia to the United States District Court for the Southern District of Georgia, Augusta Division, stating as follows:

1. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1441(c) because the civil action arises under the Constitution of the United States and laws of the United States.

2. Defendants are defendants in a civil action entitled *Dr. Lesley Williams v. Board of Regents of the University System of Georgia, et al.,* bearing Civil Action File No. 2020RCCV00265, originally filed in the Superior Court of Richmond County, Georgia ("State Court Action").

3. The State Court Action was filed on or about June 3, 2020. The individual defendants were served on June 15, 2020. To the best of the parties' knowledge, AU Health System, Inc., AU Medical Center, Inc., and the Board

---

[2] "Augusta University Hospital" and "Augusta University Health System" are not the correct entity names. AU Medical Center, Inc. is the hospital entity and correct name for the hospital, while "AU Health System, Inc." is the correct reference for the health system.

2

of Regents have not been formally served at this time. However, all parties are aware of and join in and consent to this Joint Notice of Removal. Therefore, this removal is timely pursuant to 28 U.S.C. § 1446(b) and Fed. R. Civ. P. 6(a)(1).

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because to United States District Court for the Southern District of Georgia, Augusta Division, embraces the place where the State Court Action is pending. *See* 28 U.S.C. § 90(c)(1).

5. No previous application has been made for the relief requested herein.

6. The Complaint alleges federal claims including claims under Title IX of the Education Amendments Act of 1972, 20 U.S.C. § 1681, *et seq.* and the 14th Amendment of the United States Constitution as permitted by 42 U.S.C. § 1983. *See* Complaint attached as **Exhibit A**, ¶¶ 43-250.

7. The Complaint also alleges three claims arising under Georgia statutes and case law. Pursuant to 28 U.S.C. § 1441(c), if a Complaint includes claims not within the jurisdiction of this Court, in addition to claims within the original jurisdiction of this Court, then the entire action may be removed.

8. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, or orders serviced upon defendants prior to removal are attached as **Exhibit A**.

9. Promptly after filing this Joint Notice of Removal, Defendants shall file a Notice of Filing of Joint Notice of Removal with the Clerk of the Superior Court of Richmond County, and shall serve same upon Plaintiff, as required by 28 U.S.C. § 1446(d). A copy of the Notice of Filing of Joint Notice of Removal is attached as **Exhibit B**.

10. By filing this Joint Notice of Removal, Defendants do not waive and hereby expressly reserve the right to assert any defense or motion available in this action after it is removed to this Court.

11. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all Defendants consent to removal of this action, and all Defendants join in this Joint Notice of Removal.

12. Based on the foregoing, removal of the State Court Action to this Court is authorized by 28 U.S.C. §§ 1331 and 1441, *et seq.*

**WHEREFORE**, Defendants file this Joint Notice of Removal and pray that this entire action be removed from the Superior Court of Richmond County, Georgia and that the United States District Court for the Southern District of Georgia, Augusta Division, assume full jurisdiction over this case, as provided by law.

*[Signatures on Next Page]*

Respectfully submitted this 15th day of July 2020.

/s/ *Robert C. Threlkeld*
Robert C. Threlkeld
GA Bar No. 710760
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Tel: (404) 233-7000
Fax: (404) 365-9532
rct@mmmlaw.com

*Attorney for Defendants AU Health System, Inc.[3]*
*AU Medical Center, Inc.[4] and Phillip Coule, M.D.,*
*in his individual capacity*

| | |
|---|---|
| CHRISTOPHER M. CARR<br>Attorney General | 112505 |
| BRYAN K. WEBB<br>Deputy Attorney General | 743580 |
| Katherine Powers Stoff<br>Katherine Powers Stoff<br>Senior Assistant Attorney General | 536807 |
| Thomas L. Cathey<br>Thomas L. Cathey | 116622 |

*Attorneys for Defendant Board of*
*Regents of the University System of*
*Georgia d/b/a Augusta University;*
*Medical College of Georgia;*

---

[3] Referred to by Plaintiff as Augusta University Health System
[4] Referred to by Plaintiff as Augusta University Hospital

*Dr. Brooks Keel, in his individual capacity;*
*Dr. Walter Moore, in his individual capacity;*
*Dr. Steffen Meiler, in his individual capacity; and*
*Dr. Mary Arthur, in her individual capacity.*

OF COUNSEL:

HULL BARRETT, PC
Post Office Box 1564
Augusta, Georgia  30903-1564
(706) 722-4481
tcathey@hullbarrett.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the JOINT NOTICE OF REMOVAL OF DEFENDANTS was sent by United States Mail and Electronic Mail to:

Tanya D. Jeffords, Esq.
Kenneth S. Ratley, Esq.
The Law Offices of Tanya D. Jeffords and Associates, PC
437 Walker Street
Augusta, GA 30901
tjeffords@jeffordslaw.com

This 15th day of July, 2020.

/s/ *Robert C. Threlkeld*
Robert C. Threlkeld

**Defendants:**

Board of Regents of the University System of Georgia d/b/a Augusta University

AU Health System

Medical College of Georgia

Augusta University Hospital

Keel, Dr. Brooks, in his individual capacity

Coule, Dr. Phillip, in his individual capacity

Moore, Dr. Walter, in his individual capacity

Meiler, Dr. Steffen, in his individual capacity

Arthur, Dr. Mary, in her individual capacity

Does, John

**Defendants' Attorneys:**

Morris, Manning & Martin, LLP, Robert C. Threlkeld, 3343 Peachtree Rd. NE, Atlanta, GA, 30326, (404) 233-7000, rct@mmmlaw.com

Office of the Attorney General, Christopher M. Carr, 40 Capitol Sq., S.W., Atlanta, GA, 30334, (404) 656-3300, ccarr@law.ga.gov

Office of the Attorney General, Bryan K. Webb, 40 Capitol Sq., S.W., Atlanta, GA, 30334, (404) 656-3380, bwebb@law.ga.gov

Office of the Attorney General, Katherine Powers Stoff, 40 Capitol Sq., S.W., Atlanta, GA, 30334, (404) 656-3385, kstoff@law.ga.gov

Hull Barrett, P.C., Thomas Cathey, 801 Broad Street, Seventh Floor, Augusta, Georgia 30901, (706) 722-4481, tcathey@hullbarrett.com