# Health
### AUGUSTA UNIVERSITY

June 4, 2019

Lesley Williams, MD
Resident, Department of Anesthesia
2549 Walton Way Apt E2
Augusta, GA 30904

Via email: LWILLIAMS14@augusta.edu and Certified Mail

Dear Dr. Williams,

Information has recently come to our attention to cause concern for the safety of our patients under your care. As such, your privileges to practice medicine as a Resident in Anesthesia is hereby suspended and access to the AU Medical Center, Children's Hospital of Georgia, AU Medical Associates and its affiliated practice sites is hereby revoked.

Sincerely,

*[signature]*

Phillip L. Coule. MD MBA
Chief Medical Officer

CC:  David Hess, Dean, Medical College of Georgia
  Steffen Meiler, Chair, Department of Anesthesia
  Walter Moore, DIO, Graduate Medical Education
  Lee Ann Liska, CEO AU Medical Center

PHILLIP L. COULE, MD, MBA, FACEP, FAEMS
Vice-President and CMO, Augusta University Medical Center
Associate Dean for Clinical Affairs, Medical College of Georgia

Mailing Address:
1120 15th Street, BI-2059
Augusta, Georgia 30912

T 706-721-7348
F 844-560-0768

augusta.edu