

AUGUSTA UNIVERSITY

June 4, 2019

Dear Dr. Coule,

After careful consideration, the Department of Anesthesiology and Perioperative Medicine has determined that it cannot support Dr. Lesley Williams under its license for the purpose of training in the field of anesthesiology. Dr. Williams has had a series of unprofessional transgressions that resulted in an irrevocable breach of trust. We have lost confidence in Dr. Williams' ability to fulfill the essential attributes of a physician anesthesiologist as set forth by the American Board of Anesthesiology (ABA) to practice anesthesiology.

Dr. Williams has demonstrated unprofessional and disrespectful behavior to faculty and residents, a lack of honesty, a lack of reliability, poor judgment, and a lack of self-awareness and cannot be entrusted with the care of patients. Impeccable ethical and professional behavior and professional trust are cornerstones of the team-based model and essential to providing a culture of patient safety in the perioperative environment.

The ABA considers essential the following criteria for obtaining and maintaining board certification status:

1. Demonstrates high standards of ethical and moral behavior.
2. Demonstrates honesty, integrity, reliability, and responsibility.
3. Learns from experience; knows limits.
4. Reacts to stressful situations in an appropriate manner.
5. Has no documented current abuse of alcohol or illegal use of drugs.
6. Has no cognitive or physical impairment that precludes acquiring and processing information in an independent and timely manner without accommodation or with reasonable accommodation.
7. Demonstrates respect for the dignity of patients and colleagues, and sensitivity to a diverse patient population.

The physician who lacks <u>one or more</u> of these attributes is <u>not considered qualified to practice anesthesiology safely</u>.

Dr. Williams has failed to meet several of the essential attributes based on departmental documentation.

She has lost the trust of faculty, an essential attribute that is required for her to successfully complete her residency and become a part of the Anesthesia Care Team (ACT).

1. Dr. Williams has had limited independence in the operating room and has for the most part been paired with a senior resident or CRNA. When paired with another health care provider, she has had favorable evaluations but on the few occasions when she has taken care of patients by herself, evaluations have reflected safety concerns. (See Appendix 1,2 and 3: Faculty Evaluation of LW, Faculty 360 Evaluations and the ABA Letter)

    I. "Lesley needs to be vigilant from the start to the end of the case. I would like to encourage her to call for help when needed – it is not a sign of incompetence, and we are here to help."

    II. "Lesley could improve by showing a little more humility and willingness to listen to her seniors and attending without talking back."

    III.    "Lesley can follow instructions well but often is too confident without having the knowledge to back it up. During a difficult case in a morbidly obese patient (with a difficult airway) who was also sick, Lesley failed to identify concerns regarding the anesthetic plan when we discussed the patient the night before. Even more concerning was that Lesley failed to use basic anesthesia monitors and extubated the patient without a pulse oximeter and while the patient was still on the ventilator. This resulted in a very quick and critical decline in patient's status and saturation. Had to call for immediate help to have extra hands on board to resuscitate and rescue this sick and obese patient. Lesley was very regretful and apologized but her confidence is deceiving and I am concerned about her judgement and lack of vigilance."

    IV.    360 evaluations completed by faculty reflect poor ratings on reliability and work habits, adaptability, teamwork and interpersonal skills. Some selected comments by faculty are

"This resident has some serious issues with knowing limitations and accepting constructive criticism. She acts in her own self-interest disregarding the needs of the anesthesia team or her fellow residents."

"Leslie started out very poorly. She was unreliable, showing up late and sometimes forgetting to show up when she was on call. Her perioperative documentation was frequently incomplete or not completed at all. I could not count on her to reach out to me when she was in over her head, which is a situation that places patients at significant risk of death and injury. Whether it was because she did not know her own limitations or because she could not recognize a deteriorating situation I do not know, but either way it demonstrates a severe lack of an essential trait an anesthesia trainee should possess. She was unresponsive to feedback, never seeking it out actively and failing to improve when it was given. She seemed to have little ability to self-assess her own performance and make improvements, demonstrating a critical lack of insight. Leslie also demonstrated subpar medical knowledge, and I sensed no desire in her to deepen that knowledge. After over a year of training which included some remediation activities and closely supervised clinical work her level of knowledge was no better than that of our first year trainees."

"To her credit, upon returning to the OR after a prolonged absence she did show some improvement in the areas of seeking and responding to feedback and reliability, but these improvements were small and her overall strength as a resident was still poor by my assessment. She does not appear to accept any responsibility for her deficiencies, seeming to blame them solely on the department and the individuals and systems around her. Therefore, I do not see how she could improve to the extent that she could move on to the role of an independent practitioner in a reasonable timeframe."

2. Abandonment of Obstetrics call duty on March 14, 2019. Dr. Williams was on overnight call from March 13 to March 14, and was the designated the on-call CA-1 resident (5 pm–7 am). She left her call shift early without informing the senior resident or on-call faculty, and without a thorough sign-out to the day shift. At approximately 6:30 am, the senior resident on-call received a text message from another resident who had seen Dr. Williams in the parking lot. The senior resident on-call had no knowledge that Dr. Williams had left the hospital as her call shift had not ended and she had not been given permission to leave early. After multiple attempts to contact Dr. Williams, she answered and was asked to bring the junior on-call pager to be transferred to the PACU resident. She informed the senior resident that she had already left the building and had left the pager on the "safari" desk. Leaving the building during call, without permission, is

2

abandonment of duty and is in violation of essential attribute #2 (Demonstrates honesty, integrity, reliability, and responsibility). (See Appendix 4)

3. Dr. Williams had a syncopal episode in the operating room at the Children's Hospital of Georgia on June 19, 2018, and was admitted to the emergency department. The syncopal episode followed three consecutive, unapproved absences from work. The syncopal episode prompted the department to have her drug tested. At the drug testing consent meeting on June 22, Dr. Williams stated that the reason for her syncopal episode was that she "had binged all weekend." During the Ad Hoc Committee meeting, she noted that she had been prescribed prazosin, a blood pressure lowering medication, to suppress PTSD-related nightmares. By drinking excessively and ignoring the alcohol–prazosin interaction warning, she unnecessarily put herself and her patients at risk. This behavior is in violation of the ABA essential attributes regarding documented current abuse of alcohol or illegal use of drugs and of demonstrating "poor judgment with the attendant risk of undermining the safety standards of our specialty." (See Appendix 5)

4. Dr. Williams was found to have cheated on her In-Training examination on February 23, 2019. The ABA considers such behavior a violation of its standards for professionalism, which undermines the integrity, and validity of the examination results. Dr Williams is also not truthful in all forms of communication. She admitted to opening her book during the Clinical Competency Committee (CCC) meeting but denied having opened her book at all during the ad hoc meeting to appeal the department's decision. Both meetings were transcribed and it is very clear that her story was inconsistent. This behavior is in violation of the ABA essential attributes related to high standards of ethical and moral behavior as well as honesty, integrity, reliability, and responsibility. (See Appendix 6 and 7 Transcription of CCC meeting and Ad Hoc Committee meeting)

5. There is evidence of case log and duty hour discrepancies. Dr. Williams misrepresented her work in May and June 2018 ACGME case logs during an observership and a research rotation. She continued to log cases and take credit for procedures she did not perform. In addition, she logged duty hours in One45 for days that she did not show up for work: June 14 (9.5 hours), June 15 (9.5 hours) and June 18 (10.5 hours). This behavior constitutes a pattern of unethical behavior and is in violation of the ABA essential attribute of demonstrating high standards of ethical and moral behavior. (See Appendix 8 and 9)

6. Unprofessional behavior was demonstrated in several settings with department leadership and resident peers. For example, it was documented that when Dr. Williams was asked to sign a consent for drug testing after she had collapsed in the operating room, her response to the Department Chair, the Program Director and Associate Program Director was profane and unacceptable. (See Appendix 9)

7. Dr. Williams self-reported that she had taken THC "gummies" as a sleep aid during her pediatric observership. She stated during the Ad Hoc Committee meeting on Friday April 26, "for the record, [ingesting THC gummies] is legal in the state of Georgia and 32 other states in the U.S. now," when in fact the consumption of THC in any form is illegal in the state of Georgia and is a violation of the ABA essential attribute regarding current abuse of alcohol or illegal use of drugs. (See Appendix 6 and 7)

8. On June 3, 2019, a faculty meeting was held with Dr. Walter Moore, DIO, and Dr. David Hess, Dean. Both the DIO and the dean had the opportunity to hear evidence firsthand from faculty. Every faculty member had a chance to speak up. The overarching theme was the presence of

character flaws, lack of insight, combativeness, and unreliability, making it extremely difficult to build trust with faculty, which essential as a member of the ACT.

**In the interests of patient safety and quality of care,** the physician anesthesiologist within the ACT model directs or supervises care of qualified anesthesia personnel and meets the American Society of Anesthesiologists (ASA) Guidelines for the Ethical Practice of Anesthesiology. Although tasks may be delegated to qualified members of the ACT, **the overall responsibility for the team's actions and patient safety ultimately rests with the physician anesthesiologist.**

As anesthesiologists operate in complex, high-hazard domains, the ABA sets stringent expectations of physician anesthesiologists to support a high reliability environment for our patients. Anesthesiology faculty typically supervise two resident-staffed operating rooms. The faculty anesthesiologist is not able to be in each room at all times and must therefore be assured that the resident is capable of fulfilling each of the ABA essential attributes.

The department and its leadership have made honest and timely interventions to provide support to Dr. Williams and offered her a structured reintegration plan with the ultimate goal of transitioning her back into residency at the appropriate level of competency. Over the years, the department has successfully assisted several residents who have made mistakes in their career by providing professional help and a remediation plan that works for both the residents, our patients, and our department. Dr. Williams has consistently challenged the good will of the department and many of the department's actions and interventions to assist her. She recently filed a formal claim of disability and gender discrimination with the University's Employment Equity Office.

After careful consideration of all the facts and circumstances, we, the faculty, have concluded that Dr. Williams is incapable of understanding the severity and consequences of her transgressions. Dr. Williams has breached our trust and we have lost confidence in Dr. Williams' ability to fulfill the essential attributes of a physician anesthesiologist as set forth by the ABA to practice anesthesiology safely.

It is for these reasons that we, the faculty, attest that we cannot support Dr. Lesley Williams to practice under our license for the purposes of training in the field of anesthesiology.


Regards,

_[signature]_

Steffen Meiler, MD
Department Chair
Anesthesiology and Perioperative Medicine

_[signature]_

Mary Arthur, MD
Residency Program Director
Anesthesiology and Perioperative Medicine

4