# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| LESLEY WILLIAMS, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  1:20-00100-JRH-BKE |
| | ) |
| BOARD OF REGENTS, ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT MOTION TO AMEND CAPTION
## AND TO AMEND PARTY NAMES ENTRY IN DOCKET

COME NOW Plaintiff, Lesley Williams M.D. and Defendants Board of Regents of the University System of Georgia, AU Medical Center, Inc., and AU Health System, Inc., and jointly move the Court to amend the case caption in the instant case as follows:

1. Plaintiff's original caption is as follows:

> Dr. Lesley Williams, Plaintiff
> v.
> Board of Regents of the University System of Georgia d/b/a Augusta University, Augusta University Health System, Medical College of Georgia, Augusta University Hospital; Dr. Brooks Keel, in his individual capacity; Dr. Phillip Coule, in his individual capacity; Dr. Walter Moore, in his individual capacity; Dr. Steffen Meiler, in his individual capacity; Dr. Mary Arthur, in her individual capacity; and John Does, Defendants.

13626520–2

2. As entered in the Court's docket, the defendants are labeled:

   **Board of Regents of the University Systems of Georgia**
   *doing business as*
   Augusta University
   *doing business as*
   AU Health System
   *doing business as*
   Medical College of Georgia
   *doing business as*
   Augusta University Hospital

   **Dr. Brooks Keel,** *in his individual capacity*;
   **Dr. Phillip Coule,** *in his individual capacity*;
   **Dr. Walter Moore,** *in his individual capacity*;
   **Dr. Steffen Meiler,** *in his individual capacity*;
   **Dr. Mary Arthur**, *in her individual capacity*;
   and John Does.

3. Augusta University and the Medical College of Georgia exist and operate solely as units of the Board of Regents of the University System of Georgia, and neither is a legal entity capable of suing or being sued. Sholes v. Anesthesia Dep't, 2020 U.S. Dist. LEXIS 49853, at *8-9 (S.D. Ga. Mar. 23, 2020); McCafferty v. Med. Coll. of Ga., 249 Ga. 62, 65 (1982), overruled on other grounds by Self v. City of Atlanta, 259 Ga. 78 (1989).

4. AU Medical Center, Inc. (referred to in the original case caption as Augusta University Hospital) and AU Health System, Inc. are each individually incorporated legal entities.

5. Therefore, the parties have consented to AMEND and motion the Court to amend the case caption to accurately describe the defendants as follows:

   Dr. Lesley Williams, Plaintiff
   v.
   Board of Regents of the University System of Georgia; AU Health System, Inc.; AU Medical Center, Inc.; Dr. Brooks Keel, in his individual capacity; Dr. Phillip Coule, in his individual capacity; Dr. Walter Moore, in his individual capacity; Dr. Steffen Meiler, in his

individual capacity; Dr. Mary Arthur, in her individual capacity; and John Does, Defendants.

6. The parties have consented to amend and motion the Court to amend the party description in the Court's docket as follows:

   **Board of Regents of the University Systems of Georgia**;
   **AU Health System, Inc.**;
   **AU Medical Center, Inc.**;
   **Dr. Brooks Keel,** *in his individual capacity*;
   **Dr. Phillip Coule,** *in his individual capacity*;
   **Dr. Walter Moore,** *in his individual capacity*;
   **Dr. Steffen Meiler,** *in his individual capacity*;
   **Dr. Mary Arthur**, *in her individual capacity*;
   and John Does.

7. The parties have consented to amend and motion the Court to amend the listed attorney for AU Medical Center, Inc. and AU Health System, Inc. as Robert C. Threlkeld, Esq. and to remove Robert C. Threlkeld, Esq. as a listed attorney for the Board of Regents

8. All parties have consented to and join this Motion.

A proposed Order for the Court is attached hereto as <u>Exhibit A</u>.

Respectfully submitted this 21st day of August, 2020.

<u>/s/ Robert C. Threlkeld</u>
Robert C. Threlkeld
GA Bar No. 710760
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Tel:  (404) 233-7000
Fax:  (404) 365-9532
rct@mmmlaw.com

*Attorney for AU Health System, Inc., AU Medical Center, Inc., and Dr. Phillip Coule, M.D.*

|  | */s/ Tanya D. Jeffords* |
|---|---|
|  | Tanya D. Jeffords |
|  | GA Bar No: 390055 |
|  | Law Offices of Tanya D. Jeffords & Assoc., P.C. |
|  | 437 Walker Street |
|  | Augusta, Georgia 30901 |
|  | T: 706-722-3019 |
|  | F: 762-224-2946 |
|  | tjeffords@jeffordslaw.com |

*Attorney for Lesley Williams, M.D.*

| | CHRISTOPHER M. CARR | 112505 |
|---|---|---|
| | Attorney General | |
| | | |
| | BRYAN K. WEBB | 743580 |
| | Deputy Attorney General | |
| | | |
| | *Katherine Powers Stoff* | 536807 |
| | Katherine Powers Stoff | |
| | Senior Assistant Attorney General | |
| | | |
| | *Thomas L. Cathey* | 116622 |
| | Thomas L. Cathey | |

*Attorneys for Defendant Board of Regents of the University System of Georgia;*
*Dr. Brooks Keel, in his individual capacity;*
*Dr. Walter Moore, in his individual capacity;*
*Dr. Steffen Meiler, in his individual capacity; and*
*Dr. Mary Arthur, in her individual capacity.*

OF COUNSEL:
HULL BARRETT, PC
Post Office Box 1564
Augusta, Georgia  30903-1564
(706)722-4481
tcathey@hullbarrett.com

4

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the **JOINT MOTION TO AMEND CAPTION AND TO AMEND PARTY NAMES ENTRY IN DOCKET** was sent by United States Mail and Electronic Mail to:

Tanya D. Jeffords, Esq.
Kenneth S. Ratley, Esq.
The Law Offices of Tanya D. Jeffords and Associates, PC
437 Walker Street
Augusta, GA 30901
tjeffords@jeffordslaw.com

Thomas L. Cathey, Esq.
Hull Barrett, PC
Post Office Box 1564
Augusta, GA 30903-1564
tcathey@hullbarrett.com

This 21st day of August, 2020.

               */s/ Robert C. Threlkeld*

# Exhibit A

Case 1:20-cv-00100-JRH-BKE     Document 13     Filed 08/21/20     Page 6 of 8

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| DR. LESLEY WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, et al.,<br><br>    Defendants. | CASE NO.<br>1:20-cv-00100-JRH-BKE |

## PROPOSED ORDER GRANTING JOINT MOTION TO AMEND CAPTION AND AMEND PARTY NAMES ENTRY IN DOCKET

Having read and considered the parties' Joint Motion to Amend Caption and Amend Party Names Entry in Docket ("Joint Motion"), and for good cause shown, IT IS HEREBY ORDERED, that the Joint Motion is GRANTED. The case caption is amended as follows:

> Dr. Lesley Williams, plaintiff
>
> v.
>
> Board of Regents of the University System of Georgia; AU Health System, Inc.; AU Medical Center, Inc.; Dr. Brooks Keel, in his individual capacity; Dr. Phillip Coule, in his individual capacity; Dr. Walter Moore, in his individual capacity; Dr. Steffen Meiler, in his individual capacity; Dr. Mary Arthur, in her individual capacity; and John Does, defendants.

The Court further directs the Clerk to amend the defendant party names as specified in the Joint Motion on the docket:

> **Board of Regents of the University Systems of Georgia**;
> **AU Health System, Inc.**;
> **AU Medical Center, Inc.;**
> **Dr. Brooks Keel,** *in his individual capacity*;
> **Dr. Phillip Coule,** *in his individual capacity*;
> **Dr. Walter Moore,** *in his individual capacity*;
> **Dr. Steffen Meiler,** *in his individual capacity*;
> **Dr. Mary Arthur**, *in her individual capacity*;
> and John Does.

The Court further directs the Clerk to note on the docket that Robert C. Threlkeld, Esq. is the attorney for AU Health System, Inc. and AU Medical Center, Inc. and is not the attorney for the Board of Regents of the University System of Georgia.

SO ORDERED, this ___Day of August, 2020.

_____
Hon. Brian K. Epps
Magistrate Judge
United States District Court