**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| DR. LESLEY WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA;<br>AU HEALTH SYSTEM, Inc.;<br>AU MEDICAL CENTER, Inc.;<br>DR. BROOKS KEEL, in his individual capacity;<br>DR. PHILLIP COULE, in his individual capacity;<br>DR. WALTER MOORE, in his individual capacity;<br>Dr. Steffen Meiler, in his individual capacity;<br>DR. MARY ARTHUR, in her individual capacity;<br>and JOHN DOES,<br><br>Defendants. | ) | Civil Action File No.:<br>1:20-cv-00100 |

**SUGGESTION OF DEATH OF DEFENDANT DR. WALTER MOORE**

NOW COMES Thomas L. Cathey, counsel for defendants Board of Regents of the University System of Georgia, Dr. Brooks Keel, Dr. Walter Moore, Dr. Steffen Meiler, and Dr. Mary Arthur, and suggests upon the record that Dr. Walter Moore, defendant in the above-styled action, passed away on or about May 25, 2021.

Respectfully submitted this 27th day of May, 2021.

CHRISTOPHER M. CARR 112505
Attorney General

BRYAN K. WEBB 743580
Deputy Attorney General

Katherine Powers Stoff
Katherine Powers Stoff 536807
Senior Assistant Attorney General

Thomas L. Cathey 116622
Thomas L. Cathey

*Attorneys for Defendant Board of Regents of the University System of Georgia d/b/a Augusta University; Medical College of Georgia; Dr. Brooks Keel, in his individual capacity; Dr. Walter Moore, in his individual capacity; Dr. Steffen Meiler, in his individual capacity; and Dr. Mary Arthur, in her individual capacity.*

OF COUNSEL:

HULL BARRETT, PC
Post Office Box 1564
Augusta, Georgia 30903-1564
(706)722-4481
tcathey@hullbarrett.com

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

This 27th day of May, 2021.

/s/ Thomas L. Cathey
Thomas L. Cathey