# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| DR. LESLEY WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No.: |
| v. ) | 1:20-cv-00100 |
| ) | |
| BOARD OF REGENTS OF THE ) | |
| UNIVERSITY SYSTEM OF GEORGIA; ) | |
| AU HEALTH SYSTEM, Inc.; ) | |
| AU MEDICAL CENTER, Inc.; ) | |
| DR. BROOKS KEEL, in his individual ) | |
| capacity; ) | |
| DR. PHILLIP COULE, in his individual ) | |
| capacity; ) | |
| DR. WALTER MOORE, in his individual ) | |
| capacity; ) | |
| Dr. Steffen Meiler, in his individual ) | |
| capacity; ) | |
| DR. MARY ARTHUR, in her individual ) | |
| capacity; ) | |
| and JOHN DOES, ) | |
| ) | |
| Defendants. ) | |

_____

**JOINT STATUS REPORT**
_____

1. Do the parties agree mediation should be attempted prior to summary judgment motions, and all deadlines stayed for this purpose?

    ☒ YES    ☐ NO

2. If the parties answered yes to question 1, do the parties prefer the assigned Magistrate Judge or a private mediator?

    ☒ Private Mediator    ☐ Magistrate Judge

3. If the parties prefer a private mediator, specify a date-certain deadline for mediation to be completed and the stay lifted. From that date, summary judgment motions will be

01570631-1

due in thirty days.

January 7, 2022.

4. If the parties prefer the assigned Magistrate Judge as mediator, list two dates within the next six weeks when all parties and their authorized representatives are available for mediation.

Not Applicable

Respectfully submitted this 8th day of November 2021.

|  |  |
|---|---|
| CHRISTOPHER M. CARR<br>Attorney General | 112505 |
| BRYAN K. WEBB<br>Deputy Attorney General | 743580 |
| Katherine Powers Stoff<br>Katherine Powers Stoff<br>Senior Assistant Attorney General | 536807 |
| /s/ Thomas L. Cathey<br>Thomas L. Cathey | 116622 |

*Attorneys for Defendant Board of Regents of the University System of Georgia d/b/a Augusta University; Medical College of Georgia; Dr. Brooks Keel, in his individual capacity; Dr. Walter Moore, in his individual capacity; Dr. Steffen Meiler, in his individual capacity; and Dr. Mary Arthur, in her individual capacity.*

OF COUNSEL:

HULL BARRETT, PC
Post Office Box 1564
Augusta, Georgia 30903-1564
(706)722-4481
tcathey@hullbarrett.com

/s/ Robert C. Threlkeld_____
Robert C. Threlkeld

          GA Bar No. 710760
          Elliott C. Coward
          GA Bar No. 523774

*Attorneys for Defendants*
*AU Health System, Inc.,*
*AU Medical Center, Inc.*
*and Phillip Coule, MD.,*
*in his individual capacity*

MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia  30326
Tel: (404) 233-7000
Fax: (404) 365-9532
rct@mmmlaw.com
ecoward@mmmlaw.com

          /s/ Tanya D. Jeffords
          Tanya D. Jeffords, Esq.
          GA Bar No. 390055

          *Attorney for Plaintiff*
          *Dr. Lesley Williams*

The Law Offices of Tanya D. Jeffords
and Associates, PC
437 Walker Street
Augusta, GA 30901
tjeffords@jeffordslaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

This 8th day of November, 2021.

/s/ Thomas L. Cathey<br>
Thomas L. Cathey