# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| DR. LESLEY WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOARD OF REGENTS OF THE ) <br> UNIVERSITY SYSTEM OF GEORGIA; ) <br> AU HEALTH SYSTEM, Inc.; ) <br> AU MEDICAL CENTER, Inc.; ) <br> DR. BROOKS KEEL, in his individual ) <br> capacity; ) <br> DR. PHILLIP COULE, in his individual ) <br> capacity; ) <br> DR. WALTER MOORE, in his individual ) <br> capacity; ) <br> Dr. Steffen Meiler, in his individual ) <br> capacity; ) <br> DR. MARY ARTHUR, in her individual ) <br> capacity; ) <br> and JOHN DOES, ) <br> ) <br> Defendants. ) | Civil Action File No.: <br> 1:20-cv-00100 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby agree and stipulate that Defendant Dr. Walter Moore, in his individual capacity, is dismissed from the above-captioned lawsuit with prejudice, with each party to bear its own costs and fees.

Respectfully submitted this 13th day of January 2022.

/s/ Tanya D. Jeffords
Tanya D. Jeffords, Esq.
GA Bar No. 390055

*Attorney for Plaintiff*
*Dr. Lesley Williams*

01621276-1

The Law Offices of Tanya D. Jeffords
and Associates, PC
437 Walker Street
Augusta, GA 30901
tjeffords@jeffordslaw.com

        CHRISTOPHER M. CARR      112505
        Attorney General

        BRYAN K. WEBB      743580
        Deputy Attorney General

        <u>Katherine Powers Stoff</u>
        Katherine Powers Stoff      536807
        Senior Assistant Attorney General

        <u>/s/ Thomas L. Cathey</u>      116622
        Thomas L. Cathey

        *Attorneys for Defendant Board of*
        *Regents of the University System of*
        *Georgia d/b/a Augusta University;*
        *Medical College of Georgia;*
        *Dr. Brooks Keel, in his individual capacity;*
        *Dr. Walter Moore, in his individual capacity;*
        *Dr. Steffen Meiler, in his individual capacity; and*
        *Dr. Mary Arthur, in her individual capacity.*

OF COUNSEL:

HULL BARRETT, PC
Post Office Box 1564
Augusta, Georgia 30903-1564
(706)722-4481
tcathey@hullbarrett.com

        <u>/s/ Robert C. Threlkeld</u>
        Robert C. Threlkeld
        GA Bar No. 710760
        Elliott C. Coward
        GA Bar No. 523774

        *Attorneys for Defendants*
        *AU Health System, Inc.,*

*AU Medical Center, Inc.
and Phillip Coule, MD.,
in his individual capacity*

MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia  30326
Tel: (404) 233-7000
Fax: (404) 365-9532
rct@mmmlaw.com
ecoward@mmmlaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

This 13th day of January, 2022.