IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| DR. LESLEY WILLIAMS,<br><br>     Plaintiff,<br><br>     v.<br><br>BOARD OF REGENTS OF THE<br>UNIVERSITY SYSTEM OF GEORGIA<br>d/b/a AUGUSTA UNIVERSITY, et.<br>al.,<br><br>     Defendants. | *<br>*<br>*<br>*<br>*<br>*   CV 120-100<br>*<br>*<br>*<br>*<br>*<br>* |

**O R D E R**

Before the Court is the Parties' joint stipulation of dismissal. (Doc. 92.) The Parties stipulate that Defendant Dr. Walter Moore, in his individual capacity, should be dismissed from the above-captioned lawsuit with prejudice. (<u>Id.</u>)

Upon due consideration, the Court hereby **GRANTS** the Parties' motion. (Doc. 92.) The claims against Defendant Dr. Walter Moore are **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** Defendant Dr. Walter Moore as a party to this action. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of January, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA