**Arthur, Mary**

**From:** Arthur, Mary
**Sent:** Wednesday, June 13, 2018 9:26 AM
**To:** Basile, Ellen; McDaniel, Karen01; Byrd, Heather
**Cc:** Meiler, Steffen
**Subject:** RE: Williams, Lesley

Dr Basile,

We met with Lesley yesterday and she will be correcting her log.

thanks

---

**From:** Basile, Ellen
**Sent:** Wednesday, June 13, 2018 6:24 AM
**To:** McDaniel, Karen01 <KMCDANI5@augusta.edu>; Byrd, Heather <HEBYRD@augusta.edu>
**Cc:** Arthur, Mary <MARTHUR@augusta.edu>; Meiler, Steffen <SMEILER@augusta.edu>
**Subject:** RE: Williams, Lesley

Agree completely with below.

I do not believe from a medical training or legal standpoint she should be logging cases at all, if her role has been deemed as an "observer".

This will need to be addressed as soon as possible. I can foresee fallout not just with the ACGME, but with Dr. Williams. This is misleading to her as well.

ellen

---

**From:** McDaniel, Karen01
**Sent:** Tuesday, June 12, 2018 2:27 PM
**To:** Basile, Ellen <EBASILE@augusta.edu>; Byrd, Heather <HEBYRD@augusta.edu>
**Subject:** FW: Williams, Lesley

For informational purposes.

---

**From:** McDaniel, Karen01
**Sent:** Monday, June 11, 2018 8:43 AM
**To:** Arthur, Mary <MARTHUR@augusta.edu>; Jain, Ankit (ANJAIN@augusta.edu) <ANJAIN@augusta.edu>
**Cc:** Meiler, Steffen <SMEILER@augusta.edu>
**Subject:** Williams, Lesley

Good morning:

This is a problem that may need to be addressed immediately.

If Lesley is not released for clinical duties she should not be logging cases into ADS/ACGME. It was my understanding that she would not be receiving credit for either OB or PEDS & is only in an observatory role. If that is the case, she