AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DR. LESLEY WILLIAMS,

    Plaintiff,

v.

BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA d/b/a AUGUSTA UNIVERSITY, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 120-100

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court dated September 29, 2022, granting the Defendants' Motions for Summary Judgment. Judgment is hereby entered in favor of Dr. Phillip Coule, Augusta University Medical Center, Board of Regents of the University System of Georgia, Dr. Brooks Keel, Dr. Steffen Meiler, and Dr. Mary Arthur and against the Plaintiff, Dr. Lesley Williams. Judgment is hereby entered and this case stands closed.

| 9/29/2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* Claudette Robinson |
| | (By) Deputy Clerk |

GAS Rev 10/2020