# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| DR. LESLEY WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, et al.,<br><br>Defendants. | CASE NO.<br>1:20-cv-00100-JRH-BKE |

## PHILLIP COULE, M.D.'S RESPONSES TO PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION

Defendant Phillip Coule, MD ("Dr. Coule") hereby serves his Responses to Plaintiff's First Requests for Production of Documents (the "RPDs").

## GENERAL OBJECTIONS

Dr. Coule makes the following General Objections to the RPDs. These General Objections are set forth below for convenience and are not necessarily repeated after each RPD to which an objection is asserted. The assertion of the same, similar, or additional objections in the specific responses to the RPDs, or the failure to assert any specific objection, does not waive any of Dr. Coule's General Objections set forth below.

Dr. Coule further states that his responses and objections are made solely for the purpose of this action. Dr. Coule reserves the right to modify or supplement any or all responses. By

Dr. Coule is responding to these requests upon the basis of the information known to them, however Dr. Coule is continuing to obtain, review and discover information and reserve the right to make further supplemental responses or corrections.

**RESPONSES TO PLAINTIFFS' FIRST RPDs**

**RPD NO. 1: Please produce any contracts in effect at any time since 2015 between you and any entity that is part of Augusta University Health System or Augusta University**

**RESPONSE:** Please see the documents bates stamped as Coule MD 0267-0336.

Dr. Coule's discovery, investigation, and analysis are continuing and Dr. Coule reserves his right to supplement hiss responses to this RPD.

**RPD NO. 2: Please produce any communications, to include but not be limited to text messages, emails, social media posts, social media direct messages, post on web forums or bulletins boards, WhatsApp messages, Telegram messages, or Discord messages, that reflect, refer, or relate to Plaintiff.**

**RESPONSE:** Dr. Coule objects to RPD No. 2 as unduly burdensome and overly vague. Dr. Coule also objects to this RPD insofar as it seeks information protected by attorney client privilege.

Without waiving the foregoing objections, Dr. Coule is producing the documents bates labeled as 0337-0344.

Dr. Coule's discovery, investigation, and analysis are continuing and Dr. Coule reserves his right to supplement his responses to this RPD.

**RPD NO. 3: Please produce any documents that reflect, refer, or relate to you suspending or terminating the privileges to practice at AUMC of any resident, including but not limited to Plaintiff, Dr. Sarah Kavianpour, and Dr. Tipton Sholes.**

**RESPONSE:** Dr. Coule objects to this RPD as overly burdensome, broad, and unduly vague and ambiguous. Dr. Coule further objects to this RPD as not designed to obtain relevant evidence. Dr. Coule further objects to this RPD as containing confidential information of persons not involved

in this case. Dr. Coule further objects as certain responsive documents are publicly available. For publicly available documents respecting Sarah Kavianpour, Dr. Coule refers Plaintiff to the filings make in Case 1:20-cv-00152-MLB-RGV in the District Court for the Northern District of Georgia.

**RPD NO. 4:** **Please produce your tax forms since 2017 to include your tax returns, form W-2s, and 1099s.**

**RESPONSE:** Dr. Coule objects to this request as seeking information and documents that are already in Plaintiff's possession having been previously provided to Plaintiff on February 5, 2021 by Defendants Augusta University and the Board of Regents. As such Dr. Coule refers Plaintiff to the production of the Board of Regents and Augusta University BOR 2900-2984. Dr. Coule further objects to this RPD as seeking documents that are confidential.

**RPD NO. 5:** **Any document that reflects any compensation paid to you by Board of Regents or Augusta University.**

**RESPONSE:** Dr. Coule objects to this request as seeking information and documents that are already in Plaintiff's possession having been previously provided to Plaintiff on February 5, 2021 by Defendants Augusta University and the Board of Regents. As such Dr. Coule refers Plaintiff to the production of the Board of Regents and Augusta University BOR 2900-2984.

**RPD NO. 6:** **All documents and other tangible evidence reviewed by you in considering terminating Plaintiff's privileges to practice at AUHS or AUMC.**

**RESPONSE:** Dr. Coule objects to this RPD insofar as it suggests that he terminated Plaintiff's privileges, further stating that Dr. Coule suspended Plaintiff's House Staff privileges. Dr. Coule has previously produced the documents that he relied on to suspend Plaintiff's House Staff privileges in response to Plaintiff's First Interrogatories to Dr. Coule. Please refer to Coule MD 0002-0193 for the tangible documents that Dr. Coule reviewed and relied on to suspend Plaintiff's limited House Staff privileges.

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| DR. LESLEY WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, et al.,<br><br>Defendants. | CASE NO.<br>1:20-cv-00100-JRH-BKE |

**AU HEALTH SYSTEM AND AU MEDICAL CENTER RESPONSES TO PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION**

Defendant AU Health System, Inc. and AU Medical Center, Inc. ("AUHS Defendants") hereby serve their Responses to Plaintiff's First Requests for Production of Documents (the "RPDs").

**GENERAL OBJECTIONS**

AUHS Defendants make the following General Objections to the RPDs. These General Objections are set forth below for convenience and are not necessarily repeated after each RPD to which an objection is asserted. The assertion of the same, similar, or additional objections in the specific responses to the RPDs, or the failure to assert any specific objection, does not waive any of AUHS Defendants' General Objections set forth below.

AUHS Defendants further state that these responses and objections are made solely for the purpose of this action. AUHS Defendants reserve the right to modify or supplement any or all

AUHS Defendants' investigation of this matter is ongoing, and they reserve the right to supplement this response.

**<u>RPD NO. 5:</u> All documents that reflect, relate, or refer to Defendants' policies or procedures for suspending, terminating, or reinstating privileges to practice medicine for House Staff.**

**<u>RESPONSE:</u>** AUHS Defendants object to this RPD insofar as it seeks documents already in Plaintiff's possession and control. In this respect, AUHS Defendants refer to the previous production of Dr. Philip Coule in response to Dr. Coule's Response to Plaintiff's First Interrogatories for a copy of the AUMC Medical Staff Bylaws. See Coule MD 0225-0263. Coule MD 0238 addresses House Staff privileges.

Without waiving any forgoing objection, AUHS defendants are producing the documents bates labeled as AUHS 000001-000027. Please refer to Section J.1 of same.

AUHS Defendants' investigation of this matter is ongoing, and they reserve the right to supplement this response.

**<u>RPD NO. 6:</u> All documents that reflect, relate, or refer to Defendant suspending the privileges of any resident within the past ten (10) years to include but not be limited to Dr. Sarah Kavianpour.**

**<u>RESPONSE:</u>** AUHS Defendants object to RPD No. 6 as unduly and unreasonably burdensome and not reasonably designed to obtain relevant evidence. AUHS Defendants object to this RPD insofar as it seeks privileged documents. AUHS Defendants also object to this RPD as seekign confidential information of other persons not involved in Plaintiff's Complaint. AUHS Defendants also object to this RPD insofar as it seeks information already in the public domain and refer Plaintiff to any publicly available documents in Case 1:20-cv-00152-MLB-RGV in the District Court for the Northern District of Georgia.

AUHS Defendants' investigation of this matter is ongoing, and they reserve the right to supplement this response.

**<u>RPD NO. 7:</u> All documents that reflect, relate, or refer to a physician's privileges being reinstated after having been suspended or terminated.**

**<u>RESPONSE:</u>** AUHS Defendants object to RPD No. 7 as overly vague and unduly burdensome. AUHS Defendants further object to this RPD as not reasonably designed to seek relevant information because Plaintiff was not a medical staff physician and such documents would have no relevance to Plaintiff. AUHS Defendants further object to this RPD as seeking privileged and confidential documents included those protected by attorney client privilege and those protected by peer review privilege. AUHS Defendants further object to this RPD as seeking confidential information of persons not involved in Plaintiff's Complaint.

AUHS Defendants' investigation of this matter is ongoing, and they reserve the right to supplement this response.

**<u>RPD NO. 8:</u> All documents including, but not limited to, bylaws or contracts that reflect, relate, or refer to the business, financial, or agency relationship between AUHS, AUMC, Augusta University, and the Board of Regents of the University System of Georgia.**

**<u>RESPONSE:</u>** AUHS Defendants object to this RPD as unduly vague and overly broad and burdensome. AUHS Defendants further object to this RPD as seeking confidential and privileged information including information that is attorney client privilege and information that is considered a trade secret and/or confidential business plans and information.

Without waiving the foregoing objections, AUHS Defendants are producing the documents bates stamped as AUHS 000028-000484.

AUHS Defendants' investigation of this matter is ongoing, and they reserve the right to supplement this response.