**Terms and Conditions of**
**Housestaff Service to AU Health**

This exhibit is made in accord with and as part of the Research, Education, and Professional Services Agreement (REPSA) between Regents on behalf of AU, and AU Health System, Inc., and AU Medical Center, Inc. (together, "AU Health"). In the case of any conflicts between this exhibit and the main body of the REPSA, the latter shall prevail.

1. **Housestaff FTE's**. AU shall furnish Housestaff to AU Health to fill a total of 433.51full time equivalent ("FTE") positions for fiscal year 2021, as set forth in Exhibit Section 3.01(d)-1 to the REPSA. The parties may revise the Education Program-specific and the total Housestaff FTE numbers upon written approval of the Senior Associate Dean for Graduate Medical Education and VA Affairs. The number of Housestaff FTEs provided in future years will be determined by the parties in accordance with the REPSA and the criteria developed pursuant to Section 3.01 of the REPSA. Any reduction by AU Health of its funding of any Education Program shall be consistent with the terms of the REPSA and with AU's financial obligations to the Housestaff entering such Program in the year in question.

2. **Housestaff Employment, AU Compensation**. AU shall employ the Housestaff provided to AU Health hereunder. AU Health shall reimburse AU in full for its actual direct costs in providing Housestaff services pursuant to this Exhibit and the REPSA, as set forth in Exhibit Section 3.01(d)-1. AU Health shall not fund rotations for Trainees which take place outside of AU Health facilities unless the Senior Associate Dean for Graduate Medical Education and VA Affairs has given prior written approval. The Residency Director for each Education Program shall certify the assignment for the Program's Housestaff serving on AU Health clinical rotations.

3. **GME Office**. AU shall employ the Graduate Medical Education ("GME") office staff; AU Health shall reimburse AU for staff compensation in accordance with Exhibit Section 3.01(d)-1 (Central office salary and benefit support)

4. **Non-Personnel Expenses**. AU Health shall reimburse AU for its non-personnel GME expenses, and shall budget funds for such costs as are undertaken directly by AU Health, as follows:

    a. Central GME Costs for FY 2021 are provided in the chart below
    b. Department Non-Personnel allocations are provided in the column "AU-Supported Non-Personnel" in Exhibit 3.01(d)-1 (REPSA 3.01 (d) - Resident FTE, Program Direction, Teaching, Staff, NPS))

    AU Health will fund Housestaff pre-employment screening and required annual vaccination, drug screening test, physical examination, TB test or other requirements for use of AU Health facilities, and telephone and pager services directly

GME Central Non-Salary Expenses

| Category | Non-Personnel Expense | FY 21 |
|---|---|---|
| Central Program Cost | Meals for Housestaff while on Call at AUMC | $260,000 |
| | GA License Expenses (Residency Training Permit) | $61,955 |
| | ACGME & RRC Expenses | $263,700 |
| | Institute for Health Information (IHI) Open School w/ Tracking | $14,500 |
| | Housestaff Orientation Pay ($50/day for 5 days) | $40,000 |
| | MD Staff (E-Priv Housestaff Procedures Tracking Software) | $3,000 |
| | Healthstream | $12,458 |
| | Housestaff Orientation /Making Healthcare Safety Day supplies | $5,240 |
| Office Related Expenses | NRMP | $8,650 |
| | FREIDA | $4,600 |
| | One45 -Resident Scheduling tracking software | $34,080 |
| | Up To Date- Evidence based Clinical Decision Support Resource | $122,748 |
| | MCG Center for Ultrasound Education | $34,500 |
| | Criminal Background Check | $3,900 |
| | GME Leadership Development Retreat | $3,700 |
| | GME Strategic Initiative | $5,000 |
| | Audience Response System | $2,950 |
| | Continuing Education Credits | $1,200 |
| | Practice Management Seminar | $0 |
| | GME Manual | $500 |
| | Joint Commission National Patient Safety Goal laminated cards | $400 |
| | Laminated Cards (Core Competency,Write-it Right, PAMPER, Phone list) | $500 |
| | GME Office Supplies and UPS shipping (phones, file cabinets, furniture, lamps, mattresses for sleep rooms, maintenance contracts/toner/developer) | $70,000 |
| | AHME Association Conference (ECFMG Conference combined) | $2,500 |
| Association Memberships and Travel | Program Director Development | $40,000 |
| | Program Coordinator Development | $20,000 |
| | ACGME conference (5 GME Staff/Faculty) | $14,580 |
| | AAMC Annual Meeting | $2,000 |
| | Group on Resident Affairs (GRA-AAMC) Annual Meeting-Travel | $3,000 |
| | AHME Membership | $495 |
| | NAFSA Membership (For ECFMG/J-1 visa related topics) | $459 |
| | NAFSA On-Line Manual | $278 |
| AUMA Expense (currently charged to Mission Support) | IRCC Noon Conferences | $25,000 |
| | Housestaff Orientation | $10,800 |
| | Chief Resident Quarterly Meetings | $1,000 |
| | GME Leadership Development Retreat | $2,500 |
| | Practice Opportunity Medical Fair (2 per year Spring/Fall ) | $3,000 |
| | Resident of the Year Award | $550 |
| | TOTAL | $1,079,743 |

5. **Terms of Payment**. AU Health shall make full payment to AU of all amounts due for each month under the terms of these Terms and Conditions on the first of that month.

6. **Personnel Policies.**

a. **Leave.** Housestaff leave will be determined by AU policies. MCG will authorize leave for Housestaff in seven-day blocks only, unless otherwise approved in advance by the appropriate Program Director in consultation with the Senior Associate Dean for Graduate Medical Education and VA Affairs. AU Health shall not be responsible for the cost of leavewhich is unused by Housestaff within the contract period. AU will assure that residents do not take a disproportionate amount of annual leave while on AU Health rotations. If a member of the Housestaff has been assigned to AU Health, AU shall obtain the prior approval of the chief of the AU Health department involved before authorizing him or her to take leave or otherwise fail to be reasonably available for patient coverage. AU shall schedule Housestaff vacation time in cooperation with the appropriate AU Health department.

b. **Contract and Job Description**. AU will develop a formal employment contract and job description for all Housestaff. The job description will address evaluation criteria, compliance with AU Health policies and procedures, and the process for removal of residents from clinical duties for cause. AU Health shall cooperate with AU in evaluating Housestaff, but AU shall be solely responsible for final evaluations.

c. **AU Health Policies**. AU shall assure that Housestaff rotated to AU Health under this Agreement comply fully with all the policies, procedures and practices of AU Health. AU Health agrees to provide AU reasonable notice of said standards, procedures and practices.

d. **Health Care**. AU will assure that Faculty and Housestaff shall be covered by a policy of health insurance with coverage in reasonable amounts. All medical or health care (emergency or otherwise) that Faculty or Housestaff receive at AU Health will be at the expense of the individual involved.

e. **Immunity**. Trainees who are immune under federal law, or who have professional liability insurance through a source other than AU, may offer that immunity or insurance in lieu of any insurance AU may be required to provide under any agreement with AU Health.

7. **Rotations.** AU shall be solely responsible for selecting Trainees, and assigning them to a service or attending physician. Housestaff will be assigned to individual rotations in one or more of AU Health departments. The medical students and Housestaff assigned and the length of each rotation shall be determined by AU in accordance with its established curriculum and residency training programs, providing that such assignments shall be acceptable to AU Health and shall neither exceed AU Health staffing requirements nor unduly dilute the training experience of the Trainee. No less than two (2) weeks prior to the commencement of any rotation, AU will notify AU Health of the number of medical students to be assigned to each department. Assignments may be changed by AU after consultation with AU Health. AU shall make reasonable efforts to give AU Health at least two (2) months advance notice regarding assignments, or change in assignments, of Housestaff.

8. **Trainee Education and Supervision.** The planning and implementation of the curriculum and the establishment of all educational requirements and standards for medical students and Housestaff will be the responsibility and right of AU. The education and supervision of Trainees at AU Health shall be the responsibility of Faculty members who are members of the Medical Staff. AU Health recognizes that the involvement of medical students as an integral part of the health care team in the provision of care is a necessary part of medical education. Medical students shall be under the supervision of Faculty and Housestaff. The range of medical students' activities shall encompass all those generally accepted as a necessary part of the students' medical education, including but not limited to, complete physical examinations, stating tentative diagnoses, proposing diagnostic and therapeutic procedures and measures, and making recommendations for patient disposition upon discharge. AU shall assure the satisfactory and appropriate completion of medical records by AU Health Faculty and Housestaff on the non-private teaching services, in accordance with AU Health's policies.

9. **Safety.** AU Health reserves the right, without notice, to deny access to its departments, units and treatment areas to any of AU's students, Housestaff or faculty when, in the sole opinion of AU Health, said student, resident or faculty member is deemed to be a risk to AU Health's patients or to himself or said student, resident or faculty member does not meet the safety, health and technical standards of AU Health. Within 24 hours of this action in denying access, AU Health will notify AU of this action and the reasons therefore. AU Health will provide all information reasonably requested by MCG relating to the denial of access and shall cooperate in AU's investigation of the denial. AU shall have the sole right to determine whether to take any disciplinary action against the student, resident or faculty member, provided, however, nothing herein shall prevent AU Health from taking action in compliance with its medical staff bylaws regarding medical staff privileges of physicians at AU Health.

10. **Emergency Medicine.** AU Health will work with its Medical Staff to assure that a policy is established requiring communication about the care given by Emergency Medicine residents to patients whose personal physicians are members of the Medical Staff, so that the personal physicians have adequate access for management of their patients and for proper continuity of the patients' care. Such policy will be developed in cooperation with the AU Emergency Services Program Director and will provide a mechanism for each resident to obtain information on outcomes of patients the residents has evaluated in AU Health Emergency Services.

11. **Miscellaneous:**

a. AU Health shall require any independent contractor who is operating a department or service for AU Health, including, but not limited to, the AUMC Emergency Room, to adhere to the relevant terms and conditions of this Exhibit.

b. AU Health and AU acknowledge that certain records and documents maintained by AU and AU Health relating to individual students are governed by the Family Educational Rights and Privacy Act of 1974, as amended, and agree to protect those records in accordance with said Act. However, nothing contained herein shall be construed, as precluding AU Health from releasing such information to AU as may be required here under or as may be necessary to affect the purposes of this Agreement.

c. AU Health shall not discriminate against Trainees, Faculty, or other on any illegal basis in performance of this agreement.

d. AU Health hereby grants to those properly credentialed and authorized faculty, administrators, Trainees and volunteers of AU a license for entry upon and egress from the land and buildings of AU Health and for use of the facilities and equipment of AU Health for the purpose of carrying on the work under this Agreement, subject to such reasonable rules and regulations as are now in effect or may hereafter be adopted by AU Health.

e. If services provided by AU under this Agreement have an aggregated value or cost of ten thousand dollars ($10,000) or more over a twelve (12) month period, AU shall make available upon written request by the Secretary of the Department of Health and Human Services or upon the written request of the Comptroller General of the United States or by any of their duly authorized representatives, this Agreement and associated books, documents and records that are necessary to verify the nature and extend of the cost of services provided hereunder. All of such documentation shall be maintained until the expiration of four (4) years after the furnishing of services under this Agreement. If any of the duties under this Agreement are carried out through a subcontractor, the subcontractor shall provide the same inspection of records.

f. AU shall instruct its faculty, Housestaff, and students that they are not employees of AU Health and are not to identify themselves as such. AU faculty, Housestaff, and students will wear authorized AU name badges except when clinical consideration warrant the removal of such badges. Further, nothing herein shall be construed as a waiver of sovereign immunity by the Board of Regents of the University System of Georgia.