# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| DR. LESLEY WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA d/b/a AUGUSTA UNIVERSITY,<br>DR. PHILLIP COULE,<br>AUGUSTA UNIVERSITY MEDICAL CENTER,<br>AUGUSTA UNIVERSITY HEALTH SYSTEM,<br>DR. BROOKS KEEL,<br>DR. STEFFEN MEILER, AND<br>DR. MARY ARTHUR,<br><br>    Defendants. | CASE NO. 1:20-cv-00100-JRH-BKE |

## NOTICE OF APPEAL

Plaintiff, Dr. Lesley Williams, appeals to the United States Court of Appeals for the 11th Circuit (Eleventh Circuit) from the Order granting summary judgment (Doc. 152) and Final Judgment (Doc. 153) entered on September 29, 2022; the Order denying Plaintiff's Motion for Reconsideration/to Amend Judgment was entered on August 8, 2023 (Doc. 173).

Respectfully submitted this 31st day of August, 2023.

                                        s/ Tanya D. Jeffords
                                        Tanya D. Jeffords (GA Bar No: 390055)
                                        Attorney for Plaintiff

Law Offices of Tanya D. Jeffords & Assoc., P.C.
437 Walker Street

Augusta, Georgia 30901
tjeffords@jeffordslaw.com
T: 706-722-3019 / F: 762-224-2946


# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| DR. LESLEY WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA d/b/a AUGUSTA UNIVERSITY,<br>DR. PHILLIP COULE,<br>AUGUSTA UNIVERSITY MEDICAL CENTER,<br>AUGUSTA UNIVERSITY HEALTH SYSTEM,<br>DR. BROOKS KEEL,<br>DR. STEFFEN MEILER, AND<br>DR. MARY ARTHUR,<br><br>    Defendants. | CASE NO. 1:20-cv-00100-JRH-BKE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted this 31st day of August, 2023.

                                              s/ Tanya D. Jeffords
                                              Tanya D. Jeffords
                                              Attorney for Plaintiff
                                              GA Bar No: 390055