In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 23-12878

---

DR. LESLEY WILLIAMS,

Plaintiff-Appellant,

*versus*

BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA,
DR. BROOKS KEEL,
in his individual capacity,
DR. PHILLIP COULE,
in his individual capacity,
DR. STEFFEN MEILER,
in his individual capacity,
DR. MARY ARTHUR,
in her individual capacity, et al.,

Defendants-Appellees,

DR. WALTER MOORE,
in his individual capacity,
JOHN DOES,

Defendants.

---

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 1:20-cv-00100-JRH-BKE

---

Before BRASHER and ABUDU, Circuit Judges.

BY THE COURT:

Appellant's "Stipulation of Voluntary Dismissal…," requesting that her appeal be dismissed pursuant to a settlement agreement as to Appellees Dr. Phillip Coule, Augusta University Medical Center, Inc., and August University Medical System, Inc., with the parties to bear their own costs, is GRANTED. This Order shall have no effect upon Appellant's remaining appeal as to Appellees Dr. Steffen Meiler, Dr. Mary Arthur, Dr. Brooks Keel, and Board of Regents of the University System of Georgia, which is to proceed accordingly.